**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1218

_____

Aretha A. Atwater,        *
                        *
       Appellant,       *
                        * Appeal from the United States
   v.                * District Court for the
                        * Northern District of Iowa.
Federal Express Corporation,  * [UNPUBLISHED]
                        *
       Appellee.        *

_____

Submitted:  October 2, 1997

Filed: October 10, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Aretha Atwater appeals the district court's[1] grant of summary judgment to her former employer in her employment discrimination lawsuit. Having carefully considered the record and the parties' submissions, we agree with the district court that even assuming that Atwater

_____

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

established the elements of a prima facie case, she failed to establish a genuine issue of material fact as to whether Federal Express's articulated

reasons for the adverse employment action were a pretext for race or sex discrimination.  We also agree with the district court that Atwater's related retaliation claim cannot survive summary judgment.

The judgment is affirmed.  <u>See </u>8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.